UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAIROBY HERNANDEZ, Individually, and On Behalf of All Others Similarly Situated,<br><br>                            Plaintiff,<br><br>    v.<br><br>KAHOOT! EDU, INC.,<br><br>                            Defendant. | Case No. 1:23-cv-06842 (SHS) |

## NOTICE OF SETTLEMENT

Notice is hereby given that the parties have settled this matter. The parties anticipate filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court adjourn Defendant's deadline to file a responsive pleading and the initial pretrial conference during said sixty (60) day period. The parties further request that the Court retain jurisdiction for these parties during this period.

Dated:  New York, New York
           October 19, 2023

**MIZRAHI KROUB LLP**

By: */s/ Patrick W. Gallagher*
    Patrick W. Gallagher
    225 Broadway, 39th Floor
    New York, NY 10007
    Telephone: 212/595-6200
    212/595-9700 (fax)
    pgallagher@mizrahikroub.com

    *Attorneys for Plaintiff*