UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

MAIROBY HERNANDEZ, Individually and On Behalf of All Others Similarly Situated, : 23-cv-6842 (SHS)

                Plaintiffs,     ORDER

-against-

KAHOOT! EDU, INC.,

                Defendant.
-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The Court has received the notice of settlement filed by plaintiffs [ECF Doc. No. 10] requesting a 60-day extension of the deadline to respond to the complaint and an adjournment of the initial pretrial conference. Accordingly,

    IT IS HEREBY ORDERED that:

    1.    Defendant's response to the complaint is due on or before December 19, 2023; and

    2.    Unless the parties file a stipulation of dismissal with prejudice with the Court prior to January 11, 2024, the initial pretrial conference shall take place on January 11, 2024, at 11:00 a.m. in Courtroom 23A.

Dated: New York, New York
       October 20, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.