UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

MAIROBY HERNANDEZ Individually, and : Index No.: 1:23-cv-06842
On Behalf of All Others Similarly Situated, :
: **ORDER**
Plaintiff, :
vs. : **NOTICE OF VOLUNTARY DISMISSAL**
:
:
:
KAHOOT! EDU, INC., :
:
Defendants. :
:
---------------------------------------------------------------x

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff MAIROBY HERNANDEZ hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against defendant KAHOOT! EDU, INC.

DATED: October 25, 2023        **MIZRAHI KROUB LLP**

/s/ Patrick W. Gallagher.
PATRICK W. GALLAGHER.

PATRICK W. GALLAGHER, ESQ.
225 Broadway, 39th Floor
New York, NY 10007
Telephone: 212-595-6200
Fax: 212-595-9700
Email: pgallagher@mizrahikroub.com

Dated: New York, New York
October 26, 2023

*Attorneys for Plaintiff*

**SO ORDERED:**

Sidney H. Stein, U.S.D.J.